Xue Ling WANG, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 02–72052.

BIA No. A77–587–838.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 6, 2003.

Decided Aug. 19, 2003.

Before KOZINSKI, T.G. NELSON, Circuit Judges, and RESTANI,* Judge.

**MEMORANDUM\*\***

Wang did not file a petition for review of the underlying removal order. We therefore lack jurisdiction to review it. *See* 8 U.S.C. § 1252(b).

The Board of Immigration Appeals did not abuse its discretion, *Shaar v. INS*, 141 F.3d 953, 955 (9th Cir.1998), by denying Wang's untimely filed motion to reopen. New evidence of an already existing circumstance does not constitute a "changed circumstance[ ] arising in the country of

* The Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

nationality or in the country to which deportation has been ordered." 8 C.F.R. § 3.2(c)(3)(ii).

**DENIED.**